```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE,                    )
     Plaintiff,                    )
                                   )
          v.                       )  C.A. No. 01-12175-MLW
                                   )
TRUSTEES OF BOSTON UNIVERSITY      )
     Defendant.                    )
```

ORDER

WOLF, D.J.                                      December 1, 2006

Defendant Boston University's motion for summary judgment on plaintiff Begashaw Ayele's discrimination claims was allowed on August 14, 2006. After a non-jury trial conducted on November 30, 2006, for the reasons described in detail in court on December 1, 2006, plaintiff's sole remaining ERISA claim was not proven. Therefore, it is hereby ORDERED that judgment shall enter for defendant Boston University on all of the plaintiff's claims.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE