UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE
        Plaintiff(s)

v.                        CIVIL ACTION NO. 01-12175-MLW

TRUSTESS OF BOSTON UNIVERSITY
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

WOLF, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict as to Count I.

X     **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** JUDGEMENT shall enter for the Defendant.

SARAH A. THORNTON, CLERK

Dated: December 1, 2006                   /s/ Dennis O'Leary
                                            (By) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____.

(judgciv.frm - 10/96)                                                          [jgm.]